IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID PAGE**
**ADC #143815**                                                                                          **PLAINTIFF**

**V.**                                    **No. 5:12-cv-00333 KGB**

**KENDRICK NELSON** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this 19th day of October, 2012.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge